1020

[No. 71130-0-I.   Division One.   January 12, 2015.]

*In the Matter of the Application of* MARIE-CATHERINE SMITH, *Respondent*, and ELIKA KOHEN, *Appellant*.

Appeal from a judgment of the Superior Court for Snohomish County, No. 13-2-08326-2, Richard T. Okrent, J., entered November 13, 2013. *Affirmed* by unpublished opinion per Trickey, J., concurred in by Becker and Dwyer, JJ.

[No. 71146-6-I.   Division One.   January 12, 2015.]

THE STATE OF WASHINGTON, *Respondent*, v. CAROLYN RICHARDSON, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 13-1-01031-0, Patrick H. Oishi, J., entered November 4, 2013. *Affirmed* by unpublished opinion per Appelwick, J., concurred in by Spearman, C.J., and Leach, J.

[No. 44558-1-II.   Division Two.   January 13, 2015.]

THE STATE OF WASHINGTON, *Respondent*, v. CHRISTOPHER EUGENE SETZER, *Appellant*.

Appeal from a judgment of the Superior Court for Clark County, No. 07-1-00433-5, Barbara D. Johnson, J., entered January 28, 2013. *Affirmed* by unpublished opinion per Johanson, C.J., concurred in by Maxa and Sutton, JJ.

[No. 44704-5-II.   Division Two.   January 13, 2015.]

THE STATE OF WASHINGTON, *Respondent*, v. SILVERIO SANTIAGO, *Appellant*.

Appeal from a judgment of the Superior Court for Kitsap County, No. 12-1-01165-4, Leila Mills, J., entered March 29, 2013. *Affirmed* by unpublished opinion per Worswick, J., concurred in by Lee and Sutton, JJ.